IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 3 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:21-MJ-637 FKB

JESSICA LEEANN SLEDGE

### GOVERNMENT'S MOTION TO UNSEAL THE CRIMINAL INFORMATION

The United States of America requests that the above styled matter be unsealed. The defendant was arrested pursuant to the arrest warrant issued by the Court, and revealing the existence of the charges against the defendant will not jeopardize law enforcement agents or the investigation of the case.

Accordingly, the Government requests that the Court UNSEAL the above styled matter.

Date:   November 3, 2021                Respectfully submitted,

DARREN J. LAMARCA
Acting United States Attorney

By:   /s/ Dave Fulcher
David H. Fulcher, MSB No. 10179
Assistant United States Attorney
501 E. Court Street – Suite 4.430
Jackson, MS  39201
601-973-2824
dave.fulcher@usdoj.gov